## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **DRAGAN BOROJA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | No.  1:22-CV-01299-RP |
| | § | |
| **ALEXANDER LE ROUX, EVAN** | § | |
| **LOOMIS, JASON BALLARD,** | § | |
| **ICON TECHNOLOGY, INC.,** | § | |
| *Defendants* | § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion to Compel Responses to First Consolidated Discovery Requests, Dkt. 32. The District Court referred the motion to the undersigned for disposition. The undersigned set the motion for a hearing, and after considering the arguments of counsel, the parties' filings, and the applicable law, the undersigned announced his ruling on the record—along with the reasoning underlying the ruling—denying the motion. Defendants' response to the motion, Dkt. 33, included a request that the Court stay discovery until the Court rules on Defendants' pending dispositive motions (Dkts. 16, 17, currently referred by the District Court to the undersigned for report and recommendation). *See* Dkt. 33, at 10. As the undersigned announced on the record, the factors informing the decision to stay discovery pending resolution of dispositive motions favor granting such an exceptional stay in this case.

Accordingly, the Court **DENIES** Plaintiff's Opposed Motion to Compel Responses to First Consolidated Discovery Requests, Dkt. 32, and **ORDERS** that all

discovery in this case be stayed until such time that the District Court adopts or rejects on the undersigned's forthcoming report and recommendation on Defendants' dispositive motions, Dkts. 16 and 17.

     SIGNED May 11, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE